UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASCENSION HEALTH ALLIANCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15CV283 CDP |
| | ) | |
| ASCENSION INSURANCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

I have reviewed the parties' briefs on defendant Ascension Insurance, Inc.'s Motion for Leave to File its Counterclaims and find that defendant has shown good cause to bring its claims at this time and was not dilatory in seeking leave to file. The motion will therefore be granted. Because the parties appear to be engaged in continuing discovery, the deadline for completing discovery in this case will be extended to permit plaintiff Ascension Health Alliance to seek the limited discovery it averred was necessary if defendant's counterclaims were allowed to proceed. The parties' joint motion to extend the deadline for the filing of dispositive motions will likewise be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Leave to File its Counterclaims [48] is granted. The Clerk of Court shall detach, file, and docket

forthwith defendant Ascension Insurance, Inc.'s Counterclaims [48-1], attached as Exhibit A to its motion for leave.

**IT IS FURTHER ORDERED** that the parties' Joint Motion for Extension of Time [66] is granted.

**IT IS FURTHER ORDERED** that all discovery in this case shall be completed no later than **April 29, 2016**.

**IT IS FURTHER ORDERED** that any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony under *Daubert* or on any other basis must be filed no later than **May 2, 2016**. Opposition briefs shall be filed no later than **May 23, 2016**. Any reply brief may be filed no later than **May 30, 2016**.

                                                _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2016.